**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald Jay Greene, | ) | Case No. 4:13-mj-200 |
| | ) | |
| Defendant. | ) | |

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Complaint, Affidavit of FBI Special Agent Bruce Bennett, and the

Government's motion are sealed until further order of the court.

Dated this 15th day of November, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court